

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL

CRIMINAL APPEALS & FEDERAL
HABEAS CORPUS SECTION

August 25, 2020

By ECF

Honorable Lisa Margaret Smith
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

SO ORDERED:

/s/ Lisa Margaret Smith
Hon. Lisa Margaret Smith
U.S.M.J.
8/25/2020

Re:   *Amay v. Royce*,
      19-CV-11329

Dear Judge Smith:

I represent the respondent in the above-referenced habeas corpus matter pursuant to 28 U.S.C. § 2254. I write to ask the Court to adjourn tomorrow's teleconference to allow me time to locate a Spanish interpreter to assist Mr. Amay.

I learned only yesterday that he would inquire an interpreter. Green Haven does not provide interpreters, so I will find out how to retain one through my office. I would therefore appreciate an about 10-day adjournment to allow me to do so.

Thank you very much.

Respectfully Submitted,

/s/
Lisa E. Fleischmann,
Assistant Attorney General
Lisa.Fleischmann@ag.ny.gov
(212) 416-8802

Page 2

cc: Paul Amay, 11-A-5258
Green Haven Correctional Facility
594 Route 216
P.O. Box 4000
Stormville, NY 12582
(by regular mail)