# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

September 18, 2020

## CANCELLATION NOTICE

The telephonic status conference scheduled for Monday, September 21, 2020, at 10:30 a.m., before the Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of Amay v. Royce, 19-cv-11329 (PMH) (LMS), has been *cancelled*.

A copy of this notice was mailed by Chambers to pro se Petitioner

SO ORDERED:

_____
Hon. Lisa Margaret Smith
U.S.M.J.