UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAUL AMAY,

                Petitioner,                19 **CIVIL** 11329 (PMH)

   -against-                                **JUDGMENT**

MARK ROYCE,

                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 19, 2025, the Court adopts the Report & Recommendation in its entirety for the reasons set forth therein. Consequently, the Petition is DENIED. As Petitioner has not made a substantial showing of a denial of a constitutional right, a Certificate of Appealability shall not be issued. See 28 U.S.C. § 2253(c)(2). Accordingly, the case is closed.

**Dated:** New York, New York

     November 20, 2025

                                                  **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                       **BY:**

                                                        **Deputy Clerk**